**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:   FREDERICK D. BLAKE                                              Case Number: 06-71181
         3211 GILBERT STREET, #4
         ROCKFORD, IL  61102         SSN-xxx-xx-2886

                                                          Case filed on:      7/10/2006
                                                          Plan Confirmed on:  10/27/2006
                              D Dismissed

Total funds received and disbursed pursuant to the plan: $2,150.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 883.64 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 883.64 | 0.00 |
| 999 | FREDERICK D. BLAKE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | MID-ATLANTIC FINANCE COMPANY | 3,592.09 | 3,542.00 | 1,049.37 | 97.98 |
|  | Total Secured | 3,592.09 | 3,542.00 | 1,049.37 | 97.98 |
| 001 | MID-ATLANTIC FINANCE COMPANY | 0.00 | 50.09 | 0.00 | 0.00 |
| 002 | AFFILIATED SURGEONS OF ROCKFORD | 75.75 | 75.75 | 0.00 | 0.00 |
| 003 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN CASH-N-GO | 4,163.42 | 4,163.42 | 0.00 | 0.00 |
| 007 | ANDERSON FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COTTONWOOD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ENCORE RECEIVABLE MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | GRAYS FOODS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | HERITAGE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ILLINOIS DEPARTMENT OF | 1,088.00 | 1,088.00 | 0.00 | 0.00 |
| 017 | LASALLE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MARLIN INTGRATED CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NICOR GAS | 2,044.13 | 2,044.13 | 0.00 | 0.00 |
| 020 | ROCKFORD HEALTH PHYSICIANS | 60.00 | 60.00 | 0.00 | 0.00 |
| 021 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | STEPHEN JIRIK | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | TELECHECK RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | WINNEBAGO COUNTY CHECK OFFENDER PRO | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | AMERICAN CASH-N-GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | AFFILIATED SURGEONS OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ILLINOIS DEPARTMENT OF | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 7,431.30 | 7,481.39 | 0.00 | 0.00 |
|  | Grand Total: | 13,723.39 | 13,723.39 | 1,933.01 | 97.98 |

Total Paid Claimant:      $2,030.99
Trustee Allowance:        $119.01          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00             discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                   /s/ Lydia S. Meyer
                                                  Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  03/26/2008          By   /s/Heather M. Fagan